## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **MARTIN BLACKWELL,** | : | **PRISONER MANDAMUS** |
| **GDC ID # 666533,** | : | **28 U.S.C. § 1361** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **STATE OF GEORGIA,** | : | **CIVIL ACTION NO.** |
| **Defendant.** | : | **1:17-CV-1693-TWT-AJB** |

## UNITED STATES MAGISTRATE JUDGE'S ORDER
## AND FINAL REPORT AND RECOMMENDATION

Plaintiff, Martin Blackwell, confined in Washington State Prison in Davisboro, Georgia, has submitted a document that the Clerk has docketed as a complaint for mandamus relief pursuant to 28 U.S.C. § 1361. [Doc. 1.] Plaintiff seeks an order requiring Fulton County officials to provide a transcript and grant his state court motion for discovery. [*Id.* at 1-2.] Plaintiff has submitted neither (1) the filing and administrative fees of $400.00, nor (2) an application for leave to proceed *in forma pauperis*. For the purpose of dismissal only, Plaintiff is **GRANTED** leave to proceed *in forma pauperis*.

## I.    Discussion

Mandamus is a "drastic" remedy intended for "extraordinary situations." *In re BellSouth Corp.*, 334 F.3d 941, 953 (11th Cir. 2003). "The party seeking mandamus

has the burden of demonstrating that its right to issuance of the writ is clear and indisputable." *Id.* (citing *Will v. United States*, 389 U.S. 90, 96 (1967)) (internal quotation marks omitted).

"By statute, a federal district court may issue a writ of mandamus only to 'compel an officer or employee of the *United States* or any agency thereof to perform a duty owed to the plaintiff.' 28 U.S.C. § 1361 (emphasis added)." *Brown v. Lewis*, 361 Fed. Appx. 51, 56 (11th Cir. Jan. 12, 2010) (per curiam). Federal courts lack subject matter jurisdiction to grant mandamus relief with respect to state and local officials. *See Moye v. Clerk, DeKalb Cty. Super. Ct.*, 474 F.2d 1275, 1276 (5th Cir. 1973).[1] Therefore, this Court cannot issue an order requiring Fulton County officials to give Plaintiff a transcript and grant his state court motion for discovery.

## II.    Conclusion

For the reasons stated above,

**IT IS ORDERED** that Plaintiff is **GRANTED** leave to proceed *in forma pauperis* for the purpose of dismissal only.

---

[1]    In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit issued before October 1, 1981.

AO 72A
(Rev.8/8
2)

IT IS **RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO ORDERED, RECOMMENDED, and DIRECTED**, this    22nd    day of May, 2017.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

3